| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kerrigan, Kathleen M. | 2. Court or Organization United States Tax Court | 3. Date of Report 04/30/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Tax Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street N.W.
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | Georgetown University Law Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law firm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | certain investments. Also, have option of rolling over into an IRA. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Georgetown Universtily Law Center- teaching | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Core Media Incorporated- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AICPA | Nov. 9-10 | Las Vegas, NV | Panelist | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | | | | | | | | | |
| 2. - Janus Fund | A | Dividend | J | T | | | | | |
| 3. Schwab IRA Rollover | | | | | | | | | |
| 4. - Schwab Cash Reserves | A | Int./Div. | M | T | | | | | |
| 5. -Janus (accidently listed lat year. This account has no Janus Fund) | | | | | | | | | |
| 6. -PONDX Pimco | A | Int./Div. | J | T | | | | | |
| 7. -LISOX Lazard | A | Int./Div. | J | T | | | | | |
| 8. - SFLNX Schwab Fundamental large | A | Int./Div. | J | T | | | | | |
| 9. - SFSNX Schwab Fundamental small | A | Int./Div. | J | T | | | | | |
| 10. Schwab One Account #1 (H) | | | | | | | | | |
| 11. Janus Fund | D | Dividend | L | T | Sold (part) | 08/03/15 | J | C | |
| 12. Baker & Hostetler retirement account | | | | | | | | | |
| 13. - Fid Growth Co K | A | Int./Div. | K | T | | | | | |
| 14. -MetWest Tot Rtn Bd 1 | A | Int./Div. | J | T | | | | | |
| 15. - Spartan 500 Index | B | Int./Div. | L | T | | | | | |
| 16. - Baker & Hostetler Composite Fund | A | Int./Div. | K | T | | | | | |
| 17. - WFA Govt Securities | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Schwab Muni account (H) | | | | | | | | | |
| 19.   Arizona St Transn 5%/23 | B | Interest | | | Sold | 04/07/15 | J | C | |
| 20.   Austin Tex Wtr & WA 5%22 | B | Interest | K | T | | | | | |
| 21.   California ST 5%24 | B | Interest | K | T | | | | | |
| 22.   Fairfax County 5%22 | A | Interest | K | T | | | | | |
| 23.   Lower Col River 5%21 | B | Interest | K | T | | | | | |
| 24.   Miami-Dade CNTY FLA 5%/22 | B | Interest | K | T | | | | | |
| 25.   Michigan St Hosp. FI 5%25 | B | Interest | K | T | | | | | |
| 26.   Michigan ST Trun 5.25%21 | B | Interest | K | T | | | | | |
| 27.   MN ST GEN FD 5%26 | B | Interest | K | T | | | | | |
| 28.   New Jersey Economic 5%26 | B | Interest | K | T | | | | | |
| 29.   New Jersey Turnpike 5%30 TPK | B | Interest | K | T | | | | | |
| 30.   Ney York NY 5%22 | B | Interest | K | T | | | | | |
| 31.   New York NY 5%23 | B | Interest | K | T | | | | | |
| 32.   New York St Dorm 5%/25 | A | Interest | K | T | Buy | 06/24/15 | K | | |
| 33.   New York St Dorm 5%23 | A | Interest | K | T | | | | | |
| 34.   Norfolk VA Wtr Rev 5%20 | B | Interest | K | T | Buy (add'l) | 05/12/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Norfolk VA Wtr REv 5%23 | B | Interest | K | T | | | | | |
| 36. North Carolina Mun 5%/24 | A | Interest | J | T | Sold (part) | 10/08/15 | J | C | |
| 37. Richmond VA Pub | A | Interest | | | Sold | 06/25/15 | J | C | |
| 38. San Antonio Tx El,ec 5%23 | A | Interest | K | T | Buy | 07/15/15 | K | | |
| 39. San Fransico Calf 5%23 | B | Interest | K | T | | | | | |
| 40. South Carolina Tran 5%21 | B | Interest | K | T | | | | | |
| 41. Univ CA 5%/25% | B | Interest | L | T | Buy | 03/13/15 | K | | |
| 42. Virginia College Bl 5%20 | B | Interest | K | T | | | | | |
| 43. Virginia Commonwealth TR 5%24 | B | Interest | K | T | | | | | |
| 44. Virginia ST PUB BLD 5%21 | A | Interest | J | T | | | | | |
| 45. Virginia St. PUB Bldg 5%24 | B | Interest | K | T | Buy (add'l) | 05/28/15 | K | | |
| 46. Virginia ST PUB SCH 5%20 | B | Interest | | | Sold | 05/13/15 | J | A | |
| 47. Virginia ST RES AUT 5%20 | A | Interest | | | Sold | 06/16/15 | J | B | |
| 48. Virginia ST. RES AUT 5%20 | A | Interest | | | Sold | 06/16/15 | J | A | |
| 49. Virginia ST RES Aut 5%21 | A | Interest | J | T | | | | | |
| 50. Virginia ST RES Aut 5%22 | B | Interest | | | Sold | 06/16/15 | J | B | |
| 51. Virginia ST RES Aut 5%26 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia St Res Aut 5%26 | A | Interest | L | T | | | | | |
| 53. Virginina St Res Auth 5%/25 | A | Interest | L | T | Buy | 05/14/15 | K | | |
| 54. Virginia St. Water Auth 5%/24 | | None | K | T | Buy | 11/17/15 | K | | |
| 55. Vrrginia Res 'Auth 5%24 (x) | A | Interest | K | T | | | | | |
| 56. Schwab 1 Account # 2 (H) | | | | | | | | | |
| 57. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 58. Walgreen Company common stock | B | Dividend | K | T | | | | | |
| 59. Schwab Cash Reserves | A | Dividend | M | T | | | | | |
| 60. Templeton Dragon Fund | C | Dividend | K | T | | | | | |
| 61. PIMCO Total Return Fund | D | Dividend | M | T | | | | | |
| 62. Matthews India Fund | A | Dividend | K | T | | | | | |
| 63. Schwab Total Stock Mkt | B | Dividend | N | T | | | | | |
| 64. Vanguard Value Index | D | Dividend | N | T | | | | | |
| 65. Yacktman Fund | F | Dividend | O | T | | | | | |
| 66. ISHARES MSCI CDA IDX FD | A | Dividend | K | T | | | | | |
| 67. SCHW INTL EQ ETF | B | Dividend | L | T | | | | | |
| 68. Oppenheimer Equity | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Rollover IRA #2 | | | | | | | | | |
| 70. - Templeton Dragon Fund | D | Int./Div. | K | T | | | | | |
| 71. - PIMCO Total Return Fund | D | Int./Div. | M | T | | | | | |
| 72. - Blackrock Latin America | A | Int./Div. | J | T | | | | | |
| 73. - Matthews India Fund | A | Int./Div. | K | T | | | | | |
| 74. - Oppenheimer Equity Income Fund | E | Int./Div. | M | T | | | | | |
| 75. - Schwab Total Stock MKT | C | Int./Div. | N | T | | | | | |
| 76. Scwab Cash Reserves (x) | A | Int./Div. | M | T | | 12/03/15 | | | |
| 77. | | Int./Div. | | | Buy (add'l) | 06/15/15 | M | | |
| 78. - SCW INTL EQ ETF | A | | M | T | | | | | |
| 79. - Yacktman Fund | B | Int./Div. | J | T | | | | | |
| 80. Schwab One Account #3 (H) | | | | | | | | | |
| 81. EGshares ETF Beyond BRICS | A | Dividend | J | T | Buy (add'l) | 06/18/15 | J | | |
| 82. EGshares ETF Emerging Markets | | None | | | Sold | 06/03/15 | J | A | |
| 83. Ishare China Large Cap | A | Dividend | J | T | Buy | 06/11/15 | J | | |
| 84. | | | | | Sold (part) | 07/08/15 | J | | |
| 85. Ishare commodities | | None | J | T | Buy | 02/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ishare currencey hedge | A | Dividend | | | Buy | 02/12/15 | J | | |
| 87. | | | | | Sold | 10/01/15 | J | | |
| 88. Ishate emerging markets | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 89. IShares AAA Rated corporate bond (ETF) | A | Dividend | | | Sold | 10/07/15 | J | A | |
| 90. Ishares IBOX | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 91. IShares Gold Trust | | None | J | T | Buy (add'l) | 02/24/15 | J | | |
| 92. Ishares MSCI Germany | A | Dividend | J | T | | | | | |
| 93. IShares MSCI HK IDX FD | A | Dividend | J | T | Sold (part) | 10/07/15 | J | | |
| 94. IShares MSCI JAPAN | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 95. | | | | | Sold (part) | 06/18/15 | J | A | |
| 96. ISHARES RUSEELL 2000 | A | Dividend | J | T | Sold (part) | 02/12/15 | J | | |
| 97. I Shares TR Bond (Barclays) | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 98. I Shate Tr Bond 7-10 | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 99. Ishare United Kingdon | A | Dividend | | | Buy | 06/11/15 | J | | |
| 100. | | | | | Sold | 09/03/15 | J | A | |
| 101. POWERSHS DB Commodity Index | | None | | | Sold | 03/06/15 | J | | |
| 102. | | | | | Sold (part) | 02/12/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Power SHS S&P ETF 500 | A | Dividend | J | T | | | | | |
| 104.  PowerSHS QQQ Trust SER 1 | A | Dividend | K | T | Sold (part) | 06/18/15 | J | A | |
| 105. | | | | | Sold (part) | 02/12/15 | J | A | |
| 106.  SPDR S&P 500 ETF TR | A | Dividend | J | T | Sold (part) | 02/12/15 | J | A | |
| 107.  SPDR Barcclays short term | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 108.  Vanguard DIV Apprciation | A | Dividend | J | T | Sold (part) | 02/12/15 | J | A | |
| 109.  Vanguard Charlotte ETF(now called Vanguard International BNDX | A | Dividend | J | T | | | | | |
| 110.  Vanguard MSCI Emerging | A | Dividend | J | T | | | | | |
| 111.  Vanguard MSCI EAFE ETF (VEA)Developed markets | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 112.  Vanguard REIT | A | Dividend | J | T | Sold (part) | 06/11/15 | J | A | |
| 113. | | | | | Sold (part) | 02/12/15 | J | A | |
| 114.  Vanguard Total Stock MKT | A | Dividend | J | T | Sold (part) | 02/24/15 | J | A | |
| 115.  Vanguard Int.Equity(also calledc Vanguard global) (VNQI) | A | Dividend | J | T | | | | | |
| 116.  Vanguaard FTSE Emerging | A | Dividend | J | T | Buy (add'l) | 06/03/15 | J | | |
| 117.  Vanguard ITC ETF DV | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 118.  Widsomtree Asia ETF Local Debt Fund | A | Dividend | | | Sold | 02/12/15 | J | A | |
| 119.  Schwab Cash Reserves | A | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Windsom Trust JPN Hedge Equity | A | Dividend | J | T | Sold (part) | 06/18/15 | J | A | |
| 121. | | | | | Buy | 03/06/15 | J | | |
| 122. Windsom India Earning | A | Dividend | | | Sold | 06/11/15 | J | | |
| 123. MG Trust Company (x) | | | | | Closed | 06/15/15 | M | | |
| 124. DWS Large Cap Value Fund-S (closed) | D | Dividend | M | T | | | | | |
| 125. Bank of America Series of accounts | A | Interest | O | T | | | | | |
| 126. American Express Savings Account | C | Interest | N | T | | | | | |
| 127. Capitol One Savings Account | D | Interest | O | T | | | | | |
| 128. Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 129. EDSC Limited Partnership | D | Rent | M | W | | | | | |
| 130. | E | Interest | | | | | | | |
| 131. NSP Limited Partnership | E | Rent | N | W | | | | | |
| 132. VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 133. THSC Limited Partnership | E | Rent | N | W | | | | | |
| 134. Falstaff Center LLP | | None | L | W | | | | | |
| 135. PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 136. | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Valley Ranch Investors LLC | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/30/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 129 through 137 are all limited partnership investments in real estate.

In Part VII Investments and Trusts, lines 19-55 are tax exempt bonds in a Schwab account mannaged by GW&K investment management

In Part VII Investments and Trusts, line 123 was my husband's 401(k) held by his employer. He did not receive an annual statment for this. It was not reported last year. My husband closed and rolled over the account into his Schwab rollover IRA when he left the company in April of 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544